## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **NAKISHA FORD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 4:19-cv-01708-SRC |
| | ) |
| **PINE LAWN FOOD MARKET,** | ) |
| **INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT BLAKENEY'S MOTION TO DISMISS COMPLAINT**

Defendant Steven Blakeney respectfully requests that this Court dismiss the claims plaintiff has alleged against him in the complaint (Doc. 3) for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), and for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  In support of this motion to dismiss, defendant Blakeney has filed his supporting memorandum contemporaneously herewith.

WHEREFORE, defendant Blakeney, respectfully requests this Court dismiss plaintiff's complaint against him with prejudice and for any further relief this Court deems appropriate.

-1-

      Respectfully submitted,

      LAW & SCHRIENER, LLC

  By: *Kevin L. Schriener*
     Kevin L. Schriener 35490MO
     141 North Meramec Avenue, Suite 314
     Clayton, Missouri 63105
     (314) 721-7095 – telephone
     (314) 863-7096 – facsimile
     kschriener@SchrienerLaw.com

     *Attorney for defendant Steven Blakeney*

## Certificate of Service

      I hereby certify that I filed the foregoing motion to dismiss with the Clerk of the United States District Court for the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon all parties of record this 26th day of July, 2019.

                                       */s/ Kevin L. Schriener*
                                       KEVIN L. SCHRIENER