# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NAKISHA FORD,<br><br>                Plaintiff,<br><br>v.<br><br>PINE LAWN FOOD MARKET, INC., A&A GROCERY CORPORATION, MAZEN "MARIO" SAMAD, AKRAM "SAM" SAMAD, SYLVESTER CALDWELL, STEVEN BLAKENEY, & THE CITY OF PINE LAWN, MISSOURI,<br><br>                Defendants. | Cause No:  4:19-CV-1708 SRC |

### NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE

      PLEASE NOTE that Plaintiff hereby voluntarily dismisses with prejudice PINE LAWN FOOD MARKET, INC.

Respectfully submitted,

THE TATE LAW FIRM, LLC

/s/ Rufus J. Tate, Jr.
Rufus J. Tate, Jr. 46993
230 Bemiston Avenue, Suite 1470
Clayton, MO 63105
314.726.6495 Office
855.825.8283 Fax
tatelawfirm@gmail.com
 *Counsel for Plaintiff Nakisha Ford*

Certificate of Service

1

   I hereby certify that on September 16, 2019, I delivered a copy of the foregoing Voluntary Dismissal to all counsel of record.

<u>/s/ Rufus J. Tate, Jr.</u>